UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8157-BER

UNITED STATES OF AMERICA

vs.

MARCOS CARDONA-ORDONEZ
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? **No**

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
ROBIN W. WAUGH
Assistant United States Attorney
FL Bar No.      0537837
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Email: robin.waugh@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| MARCOS CARDONA-ORDONEZ, | ) Case No. 22-MJ-8157-BER |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

FILED BY _TM_ D.C.

Apr 19, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of **April 12, 2022,** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry After Removal or Deportation |

This criminal complaint is based on these facts:

See Attached Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, TFO DHS-HSI
Printed name and title

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: 4/19/22

_____
Judge's signature

City and state: West Palm Beach, Florida

Bruce E. Reinhart, U.S. Magistrate Judge
Printed name and title

22-MJ-8157-BER

## AFFIDAVIT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over eighteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Marcos CARDONA-ORDONEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about April 12, 2022, Marcos CARDONA-ORDONEZ was arrested in Palm Beach County, Florida for the offenses of domestic battery, resist officer with violence, battery on law enforcement officer and outstanding warrant for failure to appear for plea conference on the offenses of aggravated battery with a deadly weapon, false imprisonment, and felony battery. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records show that Marcos CARDONA-ORDONEZ is a native and citizen of Guatemala. Records further show that on or about August 30, 2017, Marcos CARDONA-ORDONEZ was ordered removed. The Order of Removal was executed on or about March 26, 2021, whereby Marcos CARDONA-ORDONEZ was removed from the United States and returned to Guatemala.

22-MJ-8157-BER

5. Marcos CARDONA-ORDONEZ's fingerprints taken in connection with his April 12, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Marcos CARDONA-ORDONEZ.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Marcos CARDONA-ORDONEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Marcos CARDONA-ORDONEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about April 12, 2022, Marcos CARDONA-ORDONEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this 19 day of April 2022.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

2